

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2016

No. 04-16-00710-CV

**IN THE INTEREST OF J.K.L., J.A.L., AND J.C.L.**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00056
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The reporter's record was due on November 7, 2016, but has not been filed. We therefore ORDER the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **November 21, 2016**. **NO EXTENSIONS WILL BE GRANTED.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court